**Stephen G. POWERS, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 03–3017.

United States Court of Appeals, Federal Circuit.

Aug. 8, 2003.

Before LOURIE, RADER, and BRYSON, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

68

*AFFIRMED. See* Fed. Cir. R. 36.